UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DANIEL ZITNY and BOGUSLAWA ZITNY,                    **NOTICE OF APPEARANCE**

        Plaintiffs,

    -against-                                             **CASE NO. 17-CV-3190**

EDWARD M. MANCINI, EDWARD MCKECHNIE,
JR. and TARA MORELLI,

        Defendants.
-------------------------------------------------------------------X

S I R S:

    PLEASE TAKE NOTICE that MARIN GOODMAN, LLP, hereby appear as counsel for

Defendants, EDWARD McKECHNIE and TARA MORELLI, in the above entitled action, and

that all future correspondence and pleadings, shall be served upon the undersigned at the office

and address stated below.

Dated: Harrison, New York
      November 7, 2017

                        **MARIN GOODMAN, LLP**

                        By:_____

                        Christopher J. Walsh, Esq.
                        *Attorneys for Defendants*
                        *EDWARD McKECHNIE and*
                        *TARA MORELLI*
                        500 Mamaroneck Avenue, Suite 501
                        Harrison, New York 10528
                        (212) 661-1151 (Office)
                        (212) 661-1141 (Fax)
                        E-mail – cwalsh@maringoodman.com

TO:   NAPOLI SHKOLNIK, PLLC
*Attorneys for Plaintiffs*
360 Lexington Avenue, 11th Floor
New York, New York 10017
(212) 397-1000

MURA & STORM, PLLC
*Attorneys for Defendant*
*Edward M. Mancini*
930 Rand Building
14 Lafayeffe Square
Buffalo, New York 14203
(716) 855-2800